ing of the record clearly shows that the official referee was fully warranted in his findings. Respondent, who is thirty-nine years of age, has been at the Bar for thirteen years. He must have realized the serious consequences of his misconduct if it were disclosed. Under these circumstances, the disbarment of respondent is required, and it is ordered accordingly. Motion to confirm report of official referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

QUEENSBORO IMPROVEMENT COMPANY, Respondent, v. WILLIAM DEAN and Others, Defendants, and EMMA GROOMER and Others, Appellants.— Motion granted to the extent of extending appellants' time to answer until twenty days after the entry of the order determining the appeal in *Queensboro Improvement Company* v. *Dean* (*post*, p. 868), decided herewith. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

HERMAN C. AARONS, Appellant, v. JOHN M. McCAULEY, FRANK McCAULEY and BENJAMIN GROMETSTEIN, Respondents.— Order, entered on reargument, granting plaintiff's motion to open his default and to restore the action to the General Calendar, in so far as appealed from, affirmed, with ten dollars costs and disbursements. Appellant's time to pay costs imposed by the order appealed from is extended until five days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

THEODORE DRIVAS, Respondent, v. NICHOLAS C. LEKAS and NICHOLAS KATSORIS, Appellants, and Others, Defendants. (Appeal No. 1.) — Order denying appellants' motion, under rule 106, Rules of Civil Practice, to dismiss the complaint, or, in the alternative, to serve a second amended complaint separately stating and numbering each cause of action and for an order striking out certain paragraphs of the amended complaint, affirmed, with ten dollars costs and disbursements. The time of appellants to answer is extended ten days after the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

THEODORE DRIVAS, Respondent, v. NICHOLAS C. LEKAS and NICHOLAS KATSORIS, Appellants, and Others, Defendants. (Appeal No. 2.) — In view of the determination in *Drivas* v. *Lekas* (*ante*, p. 865, decided herewith) this appeal has become academic and is dismissed, without costs. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

FLATBUSH PONTIAC INCORPORATED, Respondent, v. HERMAN SPETH, Doing Business as FLATBUSH PONTIAC SERVICE STATION, Appellant.— In an action to restrain the use of a trade name and for other relief, order conditionally granting defendant's motion to dismiss the complaint for failure to prosecute the action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

GILBERT & BARKER MANUFACTURING COMPANY, Appellant, v. DANIEL J. KENNEDY and Another, Defendants, MARY E. McGRATH and CHARLES F. McGRATH, Respondents.— In an action to fix and foreclose a lien upon an oil burner, order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.